IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. Criminal Action No. 15-y-00040-LTB
(Removal from District Court, Arapahoe County, Colorado,
Case Nos. 12CR0679, 13CR1814)

THE PEOPLE OF THE STATE OF COLORADO,

    Plaintiff,

v.

ALFONSO CARRILLO,

    Defendant.

_____

ORDER DENYING MOTION FOR RECONSIDERATION
_____

    This matter is before the Court on "Petitioner's Certified Motion for New Trial and/or Reconsideration of Amended Notice of Removal Pursuant to Fed. R. Civ. P. Rule 50(a), (b); Rule 59(a), (b), (c), and (e)," filed on July 31, 2015 (ECF No. 6). Mr. Carrillo has also filed an Amended Notice of Removal (ECF No. 5). The Court must construe the documents liberally because Mr. Carrillo is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). The motion for a new trial will be construed liberally as a motion for reconsideration of the June 24, 2015 Order for Summary Remand to the Arapahoe County District Court. (*See* ECF No. 3).

    Rule 60(b) of the Federal Rules of Civil Procedure provides that "on motion and just terms," a court may relieve a party from a final order because of "mistake, inadvertence, surprise, or excusable neglect . . . [or] any other reason that justifies relief." Fed. R. Civ. P. 60(b)(1), (6). The Court is mindful that relief under Rule 60(b) "is

extraordinary and may be granted only in exceptional circumstances." *See Dronsejko v. Thornton*, 632 F.3d 658, 664 (10th Cir. 2011) (internal quotation marks and citation omitted).

Mr. Carrillo states in his motion for reconsideration that he did not receive a copy of the June 24, 2015 Order for Summary Remand, but has learned from "third parties" that the action was remanded to the Arapahoe County District Court. (ECF No. 6, at 3). Mr. Carrillo objects to the order summarily remanding his state criminal action, but fails to demonstrate that relief from the final order is justified under any of the conditions set forth in Fed. R.Civ.P. 60(b). Accordingly, it is

ORDERED that "Petitioner's Certified Motion for New Trial and/or Reconsideration of Amended Notice of Removal Pursuant to Fed. R. Civ. P. Rule 50(a), (b); Rule 59(a), (b), (c), and (e)," filed on July 31, 2015 (ECF No. 6), which the Court has treated as a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b), is DENIED. It is

FURTHER ORDERED that the Clerk of the Court shall mail a certified copy of this order to the clerk of the Arapahoe County District Court.

FURTHER ORDERED that the Clerk of the Court shall mail to Mr. Carrillo a copy of the June 24, 2015 Order for Summary Remand (ECF No. 3), at the following address:

> Alfonso Carrillo
> DOC No. 164540 DC Unit
> Kit Carson Correctional Center
> 49777 County Rd. V
> Burlington, CO 80807

3

DATED August 3, 2015, at Denver, Colorado.

BY THE COURT:


 s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court